**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JUDY JACKSON-PRINGLE,**

    **Plaintiff,**

    **v.**

**WASHINGTON METROPOLITAN**
**AREA TRANSIT AUTHORITY,**

    **Defendant.**

**Civil Action No. 20-1880 (JDB)**

**ORDER**

Upon consideration of [18] defendant's motion for summary judgment, and for the reasons

stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  July 28, 2022